PROB 12C
(7/93)

Report Date: August 16, 2013

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sandra A. Walker     Case Number: 2:12CR06015-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 11/8/2011

Original Offense: Mail Fraud, 18 U.S.C. § 1341

Original Sentence: Probation - 60 Months     Type of Supervision: Probation

Asst. U.S. Attorney: Not Assigned     Date Supervision Commenced: 11/8/2011

Defense Attorney: Not Assigned     Date Supervision Expires: 11/7/2016

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 16 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: The defendant will submit to drug/alcohol testing. Based upon the defendant's ability to pay, any costs of testing are waived.<br><br>**Supporting Evidence**: On August 6, 2013, Sandra A. Walker failed to report for urine drug testing. |
| 2 | **Special Condition # 20**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On July 25, 2013, Sandra A. Walker was removed from substance abuse treatment as she was deemed as not amenable and unengaged in treatment. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Walker, Sandra A.
August 16, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/16/2013

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/16/13

Date