PROB 12C
(7/93)

Report Date: October 21, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 2 1 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sandra A. Walker          Case Number: 0980 2:12CR06015-001

Address of Offender: 1809 Plaza Way #13, Walla Walla, Washington 99362

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: November 8, 2011

| | | |
|---|---|---|
| Original Offense: | Mail Fraud, 18 U.S.C. § 1341 | |
| Original Sentence: | Probation 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: November 8, 2011 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: November 7, 2016 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 8/16/2013, and issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: On October 10, 2013, Sandra Walker tested positive for the use of cocaine. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/21/2013

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob12C
Re: Walker, Sandra A.
October 21, 2013
Page 2

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Other

_____
Signature of Judicial Officer

10/21/13
Date