PROB 12C
(6/16)

Report Date: July 8, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 11 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sandra A. Walker    Case Number: 0980 2:12CR06015-LRS-1

Address of Offender: ███████████ Walla Walla, Washington 99362

Name of Sentencing Judicial Officer:  The Honorable Clark Waddoups, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

Original Offense:          Mail Fraud, 18 U.S.C. § 1341

Original Sentence:         Probation - 60 months            Type of Supervision: Supervised Release

Revocation Sentence
Date:                      Jail - 9 days;
November 5, 2013           TSR- 36 months

Asst. U.S. Attorney:       Matthew F. Duggan                Date Supervision Commenced: November 9, 2013

Defense Attorney:          Diane E. Hehir                   Date Supervision Expires: November 8, 2016

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: The offender shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On July 6, 2016, Ms. Walker admitted to U.S. Probation Officer Janie Coronado that she had been abusing her prescribed opiate medications. In addition, Ms. Walker admitted she had also been using methamphetamine. On July 6, 2016, Ms. Walker admitted to a counselor with Serenity Point Counseling Services that she had last used methamphetamine on July 5, 2016. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

Prob12C
**Re: Walker, Sandra A.**
**July 8, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 8, 2016

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/11/16

Date