PROB 12C  
(6/16)

Report Date: December 7, 2016

# United States District Court

for the

## Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN - 6 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sandra A. Walker                     Case Number: 0980 2:12CR06015-001

Address of Offender:                                   Walla Walla, Washington 99362

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

Original Offense:        Mail Fraud, 18 U.S.C. § 1341

Original Sentence:       Probation - 60 months              Type of Supervision: Original Sentence - Probation

Revocation               Jail - 9 days,                     Revocation Sentence - Supervised Release
Sentence Date:           TSR - 36 months
November 5, 2013

Revocation               Jail - 45 days,
Sentence Date:           TSR - 34 months 15 days
July 21, 2016

Asst. U.S. Attorney:     Alvin Guzman                       Date Supervision Commenced: August 25, 2016

Defense Attorney:        Jeremy B. Sporn                    Date Supervision Expires: July 9, 2019

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 26**: The defendant must participate in an inpatient substance abuse treatment program and any recommended aftercare. The defendant must follow the rules and regulations of the treatment program. The probation officer will supervised your participation in the program (provider, location, modality, intensity, etc.). The defendant must pay the costs of the program if financially able.

**Supporting Evidence**: Ms. Walker is unable to attend Intensive Inpatient Treatment at Pioneer Center East and Sundown M Ranch due to her prescribed medications.

Ms. Walker received a substance abuse assessment on November 7, 2016, from Serenity Point Counseling Services. The recommendation of this assessment was for Ms. Walker to complete intensive inpatient treatment, followed by all recommended aftercare services.

Pioneer Center East was contacted on December 2, 2016. Due to the medications Ms. Walker is prescribed, they are unable to accept her into the facility unless she was willing to wean off of the medications and successfully stop taking them before being admitted to their facility. Pioneer Center East also informed the undersigned officer they did not believe any treatment facility would accept Ms. Walker if she is taking these prescribed medications (klonopin, oxycodone, oxycontin, and methadone). Ms. Walker was contacted by the undersigned officer on December 2, 2016, and informed of the above-listed information. Ms. Walker stated she would be willing to get off of some of her medications, but not all of them, due to her medical issues and pain levels.

Sundown M Ranch was contacted on December 2, 2016, to ascertain if they would accept Ms. Walker into their facility for inpatient treatment with her prescribed medications. Admissions staff informed the undersigned officer that on a case-by-case basis they can review which medications a patient is taking and make a decision to accept them or not. The undersigned officer was advised by Sundown M Ranch admissions staff to have Ms. Walker contact them to determine if they could accept her into their facility. Ms. Walker was contacted again on December 2, 2016, and advised of this information.

Ms. Walker contacted the undersigned officer on December 5, 2016. She stated she had talked to Sundown M Ranch admission staff and was told due to her not wanting to get off of all her medications, they could not admit her to their facility. Ms. Walker was referred to another treatment facility, Cascade Behavioral. Ms. Walker reported she contacted Cascade Behavioral and was given the same information, that if she was not off of all of her medication she would not be able to attend inpatient treatment services at their facility.

2   **Special Condition # 24**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Sandra Walker is considered in violation of her conditions of supervised release by failing to obtain urinalysis testing as directed on October 27, 2016, and November 18, 2016.

Serenity Point Counseling Services confirmed with the undersigned officer on December 6, 2016, that Ms. Walker has missed random UA tests from their facility on the above-listed dates.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/07/2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
Re: Walker, Sandra A.
December 7, 2016
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

1/6/17
_____
Date