PROB 12C
(6/16)

Report Date:  January 19, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 23 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sandra A. Walker                Case Number: 0980 2:12CR06015-LRS-1

Address of Offender:                Walla Walla, Washington 99362

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 8, 2011

Original Offense:      Mail Fraud, 18 U.S.C. § 1341

| | | | |
|---|---|---|---|
| Original Sentence: | Probation - 60 months | Type of Supervision: Original Sentence - Probation | |
| Revocation Sentence Date: November 5, 2013 | Jail - 9 days, TSR - 36 months | Revocation Sentence - Supervised Release | |
| Revocation Sentence Date: July 21, 2016 | Jail - 45 days TSR - 34 months 15 days | | |
| Asst. U.S. Attorney: | Alvin Guzman | Date Supervision Commenced: August 25, 2016 | |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: July 9, 2019 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/07/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 21**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. The defendant shall contribute to the cost of treatment according to his ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Sandra Walker is considered in violation of her conditions of supervised release by failing to obtain urinalysis testing as directed on December 16 and 27, 2016, and January 6 and 18, 2017.

Prob12C
**Re: Walker, Sandra A.**
**January 19, 2017**
**Page 2**

Serenity Point Counseling Services confirmed with the undersigned officer on January 19, 2017, that Ms. Walker has missed random urinalysis tests from their facility on December 16 and 27, 2016, and January 6, 2017. On January 18, 2017, Ms. Walker reported to Serenity Point for her random urinalysis test, but she was unable to provide a sample for testing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/19/2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

1/23/17
Date